# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| KOSS,<br><br>      Plaintiff,<br><br>vs.<br><br>SKULLCANDY,<br><br>      Defendant. | **ORDER**<br><br>Case No. 2:21-cv-00203<br>2:21-cv-00557<br><br>**United States District Judge David Barlow**<br><br>**Magistrate Judge Dustin B. Pead** |

      This matter is referred to Magistrate Judge Dustin B. Pead pursuant to 28 U.S.C. § 636(b)(1)(A).[1] On July 21, 2021, the court stayed the case pending resolution of the relevant *inter partes* review ("IPR") proceedings before the United States Patent and Trademark Office.[2] At that time, the court also required the parties to provide written status reports updating the court as to the current status of the IPR proceedings.[3]

      On August 4, 2025, the parties filed a Joint Status Report indicating the IPR proceedings, challenging the patentability of certain asserted patents in the consolidated actions, had concluded.[4] Moving forward, the parties suggested that briefing on dispositive issues prior to

---

[1] ECF No. 26, Order Referring Case; ECF No. 71, Order of Recusal.

[2] ECF No. 43, Order.

[3] *Id.* at 3.

[4] ECF No. 78, Joint Status Report.

engaging in discovery could assist in streamlining or resolving this case, at least as to the issues of subject matter eligibility under 35 U.S.C. § 101, unpatentability for obviousness under 35 U.S.C. § 103 and issue preclusion. Based thereon, the court now ORDERS as follows:

1. The parties shall meet and confer no later than August 19, 2025, and submit an Amended Motion for Stipulated Scheduling Order;

2. The Motion shall include briefing on the parties' proposal to address dispositive issues prior to discovery and also provide a proposed stipulated patent scheduling order that incorporates the proposed changes, dates and briefing schedules;[5]

3. In conferring, the parties are reminded of Judge Barlow's Standing Order in Patent Cases, as issued on April 6, 2023;[6] and

4. The Motion shall also address the current status of the stay and provide a recommendation to the court as to whether the parties agree that the stay should be lifted.

**IT IS SO ORDERED.**

Dated this 5th day of August, 2025.

BY THE COURT:

_____
Dustin B. Pead
U.S. District Magistrate Judge

---

[5] Separately, the parties shall e-mail Magistrate Judge Pead's chambers a copy of the stipulated proposed scheduling order in word format.

[6] ECF No. 61, Standing Order In Patent Cases.